# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

April 26, 2007



**WILLIAM T. WALSH**
CLERK

**CAMDEN OFFICE**
MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

**REPLY TO: CAMDEN**

Superior Court of New Jersey
General Equity
Division DN203
4 Moore Road
Cape May Courthouse, NJ 08210

    RE: Wildwood Square, LLC v. Korchevsky

    Our Civil Number: 07-1678
    Your Civil Number: 07-22-C

Dear Sir or Madam:

    Pursuant to the Order of Remand entered in the above entitled matter by this Court, please find enclosed one (1) certified copy of the docket entries and one (1) certified copy of the Remand order.

                            Very truly yours,

                            WILLIAM T. WALSH
                            CLERK


                            By: s/David Bruey
                                Deputy Clerk

cc: file